UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM MCKOBY,

              Plaintiff,

  v.

ELITE PUBLISHER ET AL.,

              Defendants.

Case No. C25-1946-KKE

ORDER GRANTING IFP

     Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

     Dated this 10th day of October, 2025.

                                                    S. KATE VAUGHAN
                                                    United States Magistrate Judge

ORDER GRANTING IFP - 1