UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCKOBY, <br><br> Plaintiff(s), <br><br> v. <br><br> ELITE-PUBLISHER, et al., <br><br> Defendant(s). | CASE NO. C25-1946-KKE <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

This matter comes before the Court *sua sponte*. On October 28, 2025, the Court screened the complaint under 28 U.S.C. § 1915 and found that Plaintiff failed to state a claim upon which relief can be granted. Dkt. No. 8. The Court declined to issue summons and provided Plaintiff leave to amend to correct the deficiencies identified in the Court's screening order. *Id.* The Court also warned that it may dismiss this action if Plaintiff fails to file an amended complaint or adequately address the issues identified in the screening order by November 12, 2025. *Id.* at 5. Because Plaintiff has had more than one opportunity to amend the shortcomings in his complaint, the order warned that dismissal may be with prejudice. *Id.* Plaintiff then filed a document titled an "Affidavit of Prejudice" (Dkt. No. 9), which the Court construed as a motion to recuse. The Court denied the recusal motion and referred it for further review to Chief Judge David Estudillo (Dkt. No. 10), who affirmed the denial (Dkt. No. 11).

ORDER DISMISSING CASE WITH PREJUDICE - 1

Plaintiff has failed to file an amended complaint correcting the deficiencies identified in the Court's screening order by the deadline. Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 41(b), the Court DISMISSES this action with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.

Dated this 1st day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge